```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ZANY SOSA-CAMPOS
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )  CR. S-11-0011-FCD
                                )
12              Plaintiff,      )  STIPULATION AND ORDER CONTINUING
                                )  STATUS CONFERENCE
13       v.                     )
                                )
14  ZANY SOSA-CAMPOS,           )  DATE:  April 4, 2011
                                )  Time:  10:00 a.m.
15                              )  Judge: Frank C. Damrell, Jr.
                Defendant.      )
16  _____
```

Defendant ZANY SOSA-CAMPOS, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MICHELE BECKWITH, Assistant United States Attorney, hereby stipulate that the status conference set for March 7, 2011, be rescheduled to April 4, 2011, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties submit that the ends of justice are served by the Court excluding such time through April 4, 2011, so that they

1  may have reasonable time necessary for effective preparation,
2  taking into account the exercise of due diligence.  Pursuant to
3  18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4). [reasonable time to
4  prepare].

Dated: March 2, 2011                Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Dennis S. Waks
                                    DENNIS S. WAKS
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    ZANY SOSA-CAMPOS

Dated: March 2, 2011                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/  Dennis S. Waks for
                                    MICHELE BECKWITH
                                    Assistant U.S. Attorney


   **IT IS SO ORDERED.**

Dated: March 3, 2011                _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE