```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ZANY SOSA-CAMPOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-11-0011-FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER ADVANCING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| ZANY SOSA-CAMPOS, ) | DATE: March 21, 2011 |
| ) | Time: 10:00 a.m. |
| ) | Judge: Frank C. Damrell, Jr. |
| Defendant. ) | |

Defendant ZANY SOSA-CAMPOS, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MICHELE BECKWITH, Assistant United States Attorney, hereby stipulate that the status conference set for April 4, 2011, shall now be advanced to March 21, 2011, at 10:00 a.m., for a change of plea hearing.

This continuance is being requested because defense counsel has reviewed the proposed plea agreement with the defendant and the defendant has agreed with the terms in the agreement.

The parties submit that the ends of justice are served by the Court excluding such time from today's date through March 21,

1

1  2011, so that they may have reasonable time necessary for
2  effective preparation, taking into account the exercise of due
3  diligence.  Pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).
4  [reasonable time to prepare].

5  Dated: March 17, 2011            Respectfully Submitted,

6                                   DANIEL J. BRODERICK
                                    Federal Defender
7
                                    /s/ Dennis S. Waks
8                                   DENNIS S. WAKS
                                    Supervising Assistant
9                                   Federal Defender
                                    Attorney for Defendant
10                                  ZANY SOSA-CAMPOS

11
   Dated: March 17, 2011            BENJAMIN B. WAGNER
12                                  United States Attorney

13
                                    /s/  Dennis S. Waks for
14                                  MICHELE BECKWITH
                                    Assistant U.S. Attorney
15

16

17
        **IT IS SO ORDERED.**
18
   Dated: March 17, 2011            _____
19                                  FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

2